**Oscar L. SHAW, Plaintiff–Appellant,**

v.

**Douglas A. CHURDAR, PC Law Firm; David T. Rheney, Esq. Attorney Nationwide; Garrison Hill, Judge, Defendants–Appellees.**

No. 09–2119.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 29, 2010.

Oscar L. Shaw, Appellant Pro Se. Mary A. Giorgi, Luanne Lambert Runge, Gallivan, White & Boyd, P.A., Greenville, South Carolina, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar L. Shaw appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shaw v. Churdar,* No. 6:09–cv–02149–HFF, 2009 WL 2778255 (D.S.C. Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*